UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff(s),<br>  v.<br><br>OMAR RIVERA LERMA, et al.,<br><br>                   Defendant(s). | CASE NO. CR23-0172-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court upon Defendant Omar Rivera Lerma's unopposed motion to extend the pretrial motions deadline by one week (Dkt. No. 84). The Court has considered the facts set forth in the motion, and the records and files herein, and hereby GRANTS the motion. The Court ORDERS that the pretrial motions deadline in this matter be extended by one week, from September 27, 2024 to October 4, 2024. All pretrial motions must be filed on or before October 4, 2024.

Dated this 27th day of September, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE - 1